```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION


CLIFTON A. WALLACE                                       PLAINTIFF

VS.                         CIVIL ACTION NO. 5:15-cv-20(DCB)(MTP)

MANAGEMENT & TRAINING CORPORATION,
WARDEN FRANK SHAW, DEPUTY WARDEN
GABRIEL WALKER, and DEPUTY WARDEN
TIRA JACKSON                                            DEFENDANTS
```

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 34)**, to which no objection has been made by the plaintiff.

In his Report and Recommendation, Magistrate Judge Parker finds that the plaintiff has failed to exhaust his administrative remedies. The magistrate judge further finds that the defendants' motion for summary judgment should be granted, and that this action should be dismissed without prejudice.

This Court adopts Magistrate Judge Parker's Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 34)** is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that the motion for summary judgment **(docket entry 25)** filed by Management & Training Corporation, Warden Frank Shaw, Deputy Warden Gabriel Walker, and Deputy Warden Tira Jackson

is GRANTED;

A separate Final Judgment shall issue dismissing this action without prejudice.

SO ORDERED, this the 23rd day of March, 2016.

                                              /s/ David Bramlette  
                                              UNITED STATES DISTRICT JUDGE